UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BLANCA ALCAZAR, | ) | Case No.: C 08-04957 PVT |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| CITY OF WATSONVILLE, et al., | ) | |
| Defendants. | ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another judge.

Dated: *2/2/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*